AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SA   OCT 03 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

United States of America
v.
Jenna White

)
)
)
)
)
)
)

Case No.   MJ13-487

_____
Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jenna White ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances

Date:   10/02/2013

_____
*Issuing officer's signature*

City and state:   Seattle, Washington

Magistrate Juge Brian A. Tsuchida
*Printed name and title*

### Return

This warrant was received on *(date)* 10/2/13 , and the person was ~~arrested~~ SURRENDERED on *(date)* 10/3/13
at *(city and state)* Seattle, WA .

Date: 10/3/13

_____
*Arresting officer's signature*

Tom Decker, DUSM
*Printed name and title*